## Second Department, January, 1949.
### (January 5, 1949.)

Edward McCleod, Appellant, v. Long Island Delivery Co., Inc., et al., Respondents.— Action to recover damages for personal injuries alleged to have been sustained by plaintiff as a result of having been struck by defendants' truck. Plaintiff, on the ground of destitution, moved for a preference in the trial of the action. Order denying plaintiff's motion for a preference reversed on the facts, with $10 costs and disbursements, and the motion granted, without costs. The date for trial will be fixed by the Justice holding Kings County Trial Term, Part I. In our opinion, on the facts disclosed by this record, the denial of the motion was an improvident exercise of discretion. Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ., concur.

### (January 10, 1949.)

George Cassimatis, Respondent, v. Panaghis D. Marchesini, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ. [See *ante*, p. 1002.]

William Dworkow, Respondent, v. Emanuel Bachrack et al., Individually and as Copartners Doing Business as Hill Enterprises, Appellants.— Motion for stay denied on the merits, without costs. Furthermore, the order is not appealable. (*Kogel* v. *Trump*, 271 App. Div. 890; *Matter of Jackson* v. *B. L. T. Garment Co.*, 267 App. Div. 831; *Le Blanc* v. *Duncan*, 260 App. Div. 953.) Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ. [193 Misc. 521.]

Harry Geyer, Respondent, v. National Fire Insurance Company of Hartford, Conn., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston and Sneed, JJ.; MacCrate, J., not voting. [See *ante*, p. 937.]

Rose Z. Safie, Respondent, v. Elias A. Safie, Defendant, and Alejandro Safie, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ. [See *ante*, p. 947.]

Norman Bernie, Respondent, v. Kay-Saks (Inc.), Appellant.— Appeal by defendant, a foreign corporation, appearing specially, from an order denying its motion to vacate service of the summons upon it on the ground that it was not doing business in this State to such a degree as to subject it to the jurisdiction of our courts. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ., concur.